UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES EVERETT SHELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>PARAMOUNT HOLDING COMPANY, LLC d/b/a/ PARAMOUNT PAYMENT SYSTEMS,<br><br>    Defendant. | Case No. 1:18-cv-00313-BLW<br><br>ORDER |

Pending before the Court is Plaintiff's Motion for Permission to Use ECF/E-Filing (Dkt. 2). Based on Plaintiff's statement that he has the requisite equipment, and finding good cause, the Court shall grant Plaintiff's Motion for the purposes of this action only. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion (Dkt. 2) is **GRANTED.**

IT IS FURTHER ORDERED that Plaintiff shall follow all applicable procedures for electronic case filing, including but not limited to Local Civil Rule 5.1 and this District's Electronic Case Filing Procedures.

IT IS FURTHER ORDERED that Plaintiff shall register as a user with the Clerk's office within five (5) days of receiving notice of this Order.

**ORDER - 1**

IT IS FURTHER ORDERED that should an attorney enter an appearance on behalf of Plaintiff in this matter, the attorney must advise the Clerk's Office to terminate the login and password for Plaintiff.

IT IS FURTHER ORDERED that the Court may revoke this approval at any time.

DATED: July 26, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**