# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

**JAMES EVERETT SHELTON**

          Plaintiff,

   v.

**PARAMOUNT HOLDING COMPANY LLC**

          Defendant.

Case No. 1:18-cv-00313-BLW

Hon. Candy W. Dale

**REO LAW, LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(P):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for James Everett Shelton*

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

By stipulation of the Parties, through the undersigned attorneys, the instant action is hereby dismissed with prejudice per F.R.C.P 41(a), each side to bear its own costs per the terms of the agreement executed between the parties.

RESPECTFULLY SUBMITTED,

/S/ BRYAN ANTHONY REO
Bryan Anthony Reo (#0097470)
Reo Law LLC
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org

*Attorney for James Shelton*

RESPECTFULLY SUBMITTED,

/S/ JENNIFER A. HEARNE
Jennifer Hearne, ISB #8713
J.A. Hearne Law, PLLC
4897 Lakeview Place
Boise, ID 83714
(208) 371-2999
jenhearne@mac.com
*Attorney for Paramount Holdings*

**CERTIFICATE OF SERVICE-**

We hereby certify that the foregoing document was uploaded to the ECF system and was thus served electronically on all attorneys registered through the ECF who appear as counsel of record in the instant action.

/S/ BRYAN ANTHONY REO
*Attorney for James Shelton*

/S/ JENNIFER A. HEARNE
*Attorney for Paramount Holdings*